THOMAS JACKSON, Respondent, *vs.* WILLIAM E. BUTLER, Appellant.

APPEAL FROM THE DISTRICT COURT OF SCOTT COUNTY.

*By the Court*—FLANDRAU, J.—The points in this case depend upon the validity of the act of the Legislature of February 14, 1862, entitled "An act suspending the privilege of all persons aiding the rebellion against the United States of prosecuting and defending actions and judicial proceedings in this State." We have had occasion to pass upon this act in the case of *Davis vs. Pierse*, 7 *Minn.*, *p.* 13, and there declared it void, as being in conflict with both the Constitutions

of the United S.ates and this State.  It is unnecessary to re
peat the reasons there given.

The order is reversed.